**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony Keith HART, Defendant— Appellant.**

No. 02–50124.

D.C. No. CR–01–00292–RMT–01.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2004.*

Decided April 26, 2004.

Miriam A. Krinsky, Asst. U.S. Atty., Carole C. Peterson, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Tina Long Rippy, Whittier, CA, for Defendant–Appellant.

Before O'SCANNLAIN, RYMER and BEA, Circuit Judges.

## MEMORANDUM**

Anthony Keith Hart appeals his conviction and 12–month plus one-day sentence imposed after his jury trial for possession of a firearm and ammunition by a person convicted of a misdemeanor crime of domestic violence, in violation of 18 U.S.C. § 922(g)(9).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hart has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Hart has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.